### 987 EAST SAGINAW SALT MANUFACTURING COMPANY vs. BOARD OF STATE AUDITORS, 9 M., 326.

To compel the allowance of the bounty under the act approved February 15, 1859, Laws of 1859, p. 551.

Granted November 5, 1861.

The act of 1859 gave a bounty of ten cents upon each bushel of salt manufactured in the State, while the act of 1861, Laws of 1861, p. 305, gave a bounty of ten cents per barrel.

Held, that relators had acquired a vested right to the bounty offered by the act of 1859 upon all the salt manufactured before the law of 1861 took effect.